IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DR. ROGER MORGAN                                              PLAINTIFF

v.                    CASE NO. 2:23-CV-00232-BSM

SOUTHERN ADMINISTRATIVE
SERVICES LLC, *et al.*                                        DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE